KATE KLEIN, as Administratrix of the Estate of JACOB KLEIN, Deceased, Respondent, *v.* LONG ISLAND RAIL ROAD COMPANY, Appellant.

Argued January 7, 1952; decided January 24, 1952.

808

*William F. McNulty, Richard R. Bongartz* and *William J. O'Brien* for appellant.

*John J. McGinty* and *J. C. Thomson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.